IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **RECKO M. ELLIS,** | : | |
| Plaintiff | : | |
| v. | : | CASE NO.  7:07-CV-95 (HL) |
| **Officer D. PEETE, et al,** | : | |
| Defendants | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 46) filed January 30, 2009 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed to the Magistrate Judge's Recommendation within the time allowed.

**SO ORDERED,** this the 18th day of February, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**
**United States District Court**